# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MAHWISH CHOUDHRY,<br><br>Plaintiff,<br><br>v.<br><br>TULARE COUNTY, et al.,<br><br>Defendants. | Case No. 1: 21-cv-01287-AWI-SAB<br><br>ORDER GRANTING JUSTIN SADOWSKY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 12) |
|---|---|

The court has read and considered the application of Justin Sadowsky, attorney for Plaintiff Mahwish Choudhry, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 12.) Having reviewed the application, Justin Sadowsky's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __November 12, 2021__

UNITED STATES MAGISTRATE JUDGE