# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1: 21-cv-01287-AWI-SAB<br><br>ORDER GRANTING ZANAH GHALAWANJI'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 13) |

The court has read and considered the application of Zanah Ghalawanji, attorney for Plaintiff Mahwish Choudhry, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 13.) Having reviewed the application, Zanah Ghalawanji's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **November 12, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1