# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY, et al.,<br><br>　　　　Defendants. | Case No.  1: 21-cv-01287-AWI-SAB<br><br>ORDER GRANTING GADEIR I ABBAS' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 10) |

The court has read and considered the application of Gadeir I Abbas, attorney for Plaintiff Mahwish Choudhry, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 10.)  Having reviewed the application, Gadeir I Abbas' application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **November 12, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE