# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01287-AWI-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DISCOVERY FOR DECEMBER 15, 2021<br><br>(ECF No. 25) |

Plaintiff Mahwish Choudhry initiated this action against Defendants Tulare County, Michael Boudeaux, and Officers Pimental and Cervantes on August 23, 2021. (ECF No. 1.) Defendants Boudeaux and Tulare County answered the complaint on December 2, 2021. (ECF No. 23.) On December 9, 2021, Plaintiff filed a motion for discovery without a hearing date. (ECF No. 25.)

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiff's motion for discovery (ECF No. 25) is SET for **December 15, 2021 at 10:00 a.m. in Courtroom 9** with the present parties before the Honorable Magistrate Judge Stanley A. Boone to discuss the motion and any potential briefing schedule that will be necessary for the motion.

IT IS SO ORDERED.

Dated:   **December 10, 2021**

UNITED STATES MAGISTRATE JUDGE

2