# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01287-AWI-SAB<br><br>ORDER RE: JOINT MOTION TO EXTEND INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 32, 33) |

On March 29, 2022, the parties filed a joint motion to continue the initial scheduling conference from April 12, 2022 to May 12, 2022. (ECF No. 33.) The parties proffer that Defendant Officers Pimental and Cervantes's answers to the complaint are due March 30, 2022, and the parties require additional time after filing of the answers to meet and confer in order to prepare a joint scheduling report in advance of the conference. In fact, the Court notes Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on March 30, 2022. (ECF No. 34.) Accordingly, the Court is satisfied good cause exists to grant the jointly requested relief. However, in light of the pending motion to dismiss, the Court shall continue the scheduling conference to June 28, 2022.

///

///

///

1

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 12, 2022, is CONTINUED to **June 23, 2022, at 9:30 a.m.,** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

UNITED STATES MAGISTRATE JUDGE