# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>    Plaintiff,<br><br>    v.<br><br>TULARE COUNTY, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01287-AWI-SAB<br><br>ORDER RE: STIPULATION TO ALLOW DEFENDANTS COUNTY OF TULARE AND SHERIFF MICHAEL BOUDREAUX'S ANSWER TO THE ORIGINAL COMPLAINT BE CONSTRUED AS THE ANSWER TO THE AMENDED COMPLAINT<br><br>(ECF Nos. 23, 43) |

Plaintiff initiated this action on August 23, 2021.  (ECF No. 1.)  On December 2, 2021, Defendants County of Tulare and Sheriff Michael Boudreaux answered the complaint.  (ECF No. 23.)  On April 13, 2022, Plaintiff filed a first amended complaint.  (ECF No. 40.)

On April 27, 2022, the parties filed a stipulated request that the original answer filed by Defendants County and Boudreaux on December 2, 2021, be construed as the same Defendants' answer to the currently operative first amended complaint.  (ECF No. 43.)  The Court is satisfied good cause exists to grant the jointly requested relief.

///

///

///

1     Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that
2 the December 2, 2021 answer filed by Defendants County of Tulare and Sheriff Michael
3 Boudreaux (ECF No. 23) shall be CONSTRUED to be Defendants County of Tulare and
4 Michael Boudreaux's answer to the operative first amended complaint (ECF No. 40).

IT IS SO ORDERED.

Dated:   **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE