# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>    Plaintiff,<br><br>v.<br><br>TULARE COUNTY, et al.,<br><br>    Defendants. | Case No.  1:21-cv-01287-AWI-SAB<br><br>ORDER GRANTING KIMBERLY NOE-LEHENBAUER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 46) |

The court has read and considered the application of Kimberly Noe-Lehenbauer, attorney for Plaintiff Mahwish Choudhry, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 46.)   Having reviewed the application, Kimberly Noe-Lehenbauer's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 17, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE