JENNIFER M. FLORES, State Bar No. 271493
County Counsel for the County of Tulare
KATHLEEN A. TAYLOR, State Bar No. 131100
Chief Deputy County Counsel
JUDITH D. CHAPMAN, State Bar No. 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4976
Fax: (559) 737-4319
E-mail: jchapman@tularecounty.ca.gov

Attorneys for Defendants, COUNTY OF TULARE and TULARE COUNTY SHERIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MAHWISH CHOUDHRY<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE; SHERIFF MICHAEL BOUDREAUX, SHERIFF TULARE COUNTY SHERIFF'S OFFICE, IN HIS OFFICIAL CAPACITY, ONLY; OFFICER FNU PIMENTAL, (BADGE #21249), CALIFORNIA HIGHWAY PATROL, IN HIS INDIVIDUAL CAPACITY, ONLY; OFFICER FNU CERVANTES (BADGE #9828) CALIFORNIA HIGHWAY PATROL, IN HIS INDIVIDUAL CAPACITY, ONLY; AND DOE OFFICERS 1-10, IN THEIR OFFICIAL CAPACITIES, ONLY.<br><br>Defendants. | Case Number: 1:21-CV-01287-JLT-SAB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF TULARE'S REQUEST TO SEAL VIDEOS (EXHIBITS "1-21") IN SUPPORT OF DEFENDANT COUNTY OF TULARE'S MOTION FOR SUMMARY JUDGMENT.** |

///

**ORDER GRANTING COUNTY DEFENDANTS' REQUEST TO SEAL VIDEOS (EXHIBITS "1-21")**

In reviewing County Defendants' Request/motion to Seal twenty-one (21) videos to be lodged with the Court (which are subject to a protective order) to be included in support of County Defendants' Motion for Summary Judgment, and it appearing upon the papers/argument of counsel and for good cause shown, that the Request/motion should be granted.

These twenty-one (21) videos to be lodged include the video footage from day of the Subject Incident at the facility where the Subject Incident occurred. These videos are subject to a protective order as they depict the interior of the facility and pose a security risk. The twenty-one (21) videos requested to be lodged under seal include:

**Exhibit 1**: [DVR1-Intake Sallyport]20200731-021510 **[03mins;04secs]**

**Exhibit 2**: [DVR1-Pre-Booking]20200731-021820 **[13mins:59secs]**

**Exhibit 3**: [DVR1-Intake Sallyport]20200731-023205 **[01mins:04secs]**

**Exhibit 4**: [DVR1-Intake Booking]20200731-023301 **[04mins:20secs]**

**Exhibit 5**: [PT.Intake.Mugshot] 2020-07-31_02_37_05_447 **[06mins:17secs]**

**Exhibit 6**: [DVR1-Intake Booking]20200731-024315 **[59mins:56secs]**

**Exhibit 7**: [DVR1-Intake Booking]20200731-034613 **[03mins:15secs]**

**Exhibit 8**: [DVR1-Intake Holding Exit]20200731-034620 **[59mins:58secs]**

**Exhibit 9**: [DVR1-Intake Holding Exit]20200731-044620 **[57mins:09secs]**

**Exhibit 10**: [DVR1-Intake Holding Exit]20200731-054621 **[17mins:40secs]**

**Exhibit 11**: [DVR1-Intake Booking]20200731-060350 **[59mins:52secs]**

**Exhibit 12**: [DVR1-Intake Booking]20200731-070350 **[49mins:38secs]**

**Exhibit 13**: [DVR1-Intake Holding Exit]20200731-075321 **[00mins:50secs]**

**Exhibit 14**: [PT-Intake Shower Overhead] 2020-07-31_07_53_25_391 **[00mins:32secs]**

**Exhibit 15**: [DVR1-Medical Hold Inside]20200731-075345 **[00mins:22secs]**

**Exhibit 16**: [PT Alley 6] 2020-07-31_07_53_50_373 **[00mins:20secs]**

**Exhibit 17**: [PT Alley 2] 2020-07-31_07_54_00_007 **[00mins:22secs]**

**Exhibit 18**: [DVR2-Visit Vestibule]20200731-075425 **[00mins:31secs]**

**Exhibit 19**: [DVR2-Visitor Lobby]20200731-075439 **[00mins:30secs]**

**Exhibit 20**: [DVR2-Lobby Outside]20200731-075450 **[00mins:20secs]**

**IT IS HEREBY ORDERED** that the following videos (County Defendants' Exhibits 1-21 in support of their Motion for Summary Judgment) be sealed:

**Exhibit 1**: [DVR1-Intake Sallyport]20200731-021510 **[03mins;04secs]**

**Exhibit 2**: [DVR1-Pre-Booking]20200731-021820 **[13mins:59secs]**

**Exhibit 3**: [DVR1-Intake Sallyport]20200731-023205 **[01mins:04secs]**

**Exhibit 4**: [DVR1-Intake Booking]20200731-023301 **[04mins:20secs]**

**Exhibit 5**: [PT.Intake.Mugshot] 2020-07-31_02_37_05_447 **[06mins:17secs]**

**Exhibit 6**: [DVR1-Intake Booking]20200731-024315 **[59mins:56secs]**

**Exhibit 7**: [DVR1-Intake Booking]20200731-034613 **[03mins:15secs]**

**Exhibit 8**: [DVR1-Intake Holding Exit]20200731-034620 **[59mins:58secs]**

**Exhibit 9**: [DVR1-Intake Holding Exit]20200731-044620 **[57mins:09secs]**

**Exhibit 10**: [DVR1-Intake Holding Exit]20200731-054621 **[17mins:40secs]**

**Exhibit 11**: [DVR1-Intake Booking]20200731-060350 **[59mins:52secs]**

**Exhibit 12**: [DVR1-Intake Booking]20200731-070350 **[49mins:38secs]**

**Exhibit 13**: [DVR1-Intake Holding Exit]20200731-075321 **[00mins:50secs]**

**Exhibit 14**: [PT-Intake Shower Overhead] 2020-07-31_07_53_25_391 **[00mins:32secs]**

**Exhibit 15**: [DVR1-Medical Hold Inside]20200731-075345 **[00mins:22secs]**

**Exhibit 16**: [PT Alley 6] 2020-07-31_07_53_50_373 **[00mins:20secs]**

**Exhibit 17**: [PT Alley 2] 2020-07-31_07_54_00_007 **[00mins:22secs]**

**Exhibit 18**: [DVR2-Visit Vestibule]20200731-075425 **[00mins:31secs]**

**Exhibit 19**: [DVR2-Visitor Lobby]20200731-075439 **[00mins:30secs]**

**Exhibit 20**: [DVR2-Lobby Outside]20200731-075450 **[00mins:20secs]**

IT IS SO ORDERED.

Dated:   **December 14, 2023**                               /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE