1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY, | Case No.  1:21-cv-01287-JLT-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO ACCEPT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TIMELY FILED |
| v. | |
| TULARE COUNTY, et al., | |
| Defendants. | (ECF Nos. 66, 67) |
| | **TEN DAY DEADLINE** |

Dispositive motions were due in this matter on December 15, 2023.  (ECF No. 57.) Defendants timely filed motions for summary judgment.  (ECF Nos. 16, 17.)  On December 20, 2023, Plaintiff filed a motion for summary judgment.  (ECF No. 66.)  On the same date, Plaintiff filed a motion to accept Plaintiff's motion for summary judgment as timely filed.  (ECF No. 67.)

Although the motion cites Local Rule 134(c)(3) as a justification for the delay,[1] the motion is not expressly brought pursuant to any Local Rule or Federal Rule of Procedure, such as the Local Rule for administrative relief.  Plaintiff did not meet the express requirements for

---

[1] The Local Rule only provides that: "Problems on the filer's end, such as phone line problems, problems with the filer's Internet Service Provider (ISP), or hardware or software problems, will not constitute a technical failure under these procedures nor excuse an untimely filing. A filer subject to mandatory electronic filing who cannot directly file a document electronically because of a technical problem on the filer's end must file the document electronically from another computer or in portable electronic format at the Clerk's Office. If electronic filing is not possible in any form, the party may file a paper document, shall annotate on the cover page that electronic filing was not possible because of technical reasons, and shall file electronically as soon as possible." L.R. 134(c)(3).  Such Local Rule does not provide a procedural mechanism for the filing of a motion.

1

1   the filing of a motion for administrative relief.   (See L.R. 233(a) (providing, among other

2   requirements, that a "motion for administrative relief . . . must be labeled as a motion for

3   administrative relief.").

4        Plaintiff's motion explains that the "Plaintiff's Motion was due on December 15, 2023[;]

5   Plaintiff met and conferred with counsel by email and telephone before the original deadline, and

6   pursuant to Local Rule 134(c)(3), immediately served her brief to County counsel after discovering

7   she could not file on time." (ECF No. 67 at 1.)  The filing indicates that: "County counsel received

8   advance notice of Plaintiff's intention to file, and service of Plaintiff's brief by 1:00 a.m. on

9   Saturday, December 16 [and] Plaintiff has since served County counsel with the full motion and all

10  supporting documents." (Id.)

11       It is not clear from the filing why the motion was not filed on the docket electronically until

12  December 20, 2023.  Further, the motion only indicates that "Plaintiff's counsel sought consent on

13  this Motion, but County counsel did not give it." (Id.)

14       Given the untimely filing of the Plaintiff's motion for summary judgment, it appears no

15  opposition period for Defendants' opposition is currently in effect, while the opposition period

16  has begun on Defendants' motions for summary judgment.  While the motion to accept the

17  motion timely was not compliant with the Local Rule for motions for administrative relief, in the

18  interest of adjudicating this preliminary issue raised during the briefing period on the cross-

19  motions for summary judgment, the Court shall order an opposition or statement of non-

20  opposition be filed.  The Court finds a ten (10) day opposition period reasonable.  The parties

21  may alternatively request a different briefing schedule on the instant motion for relief, that an

22  informal conference be set, or stipulate to the granting of the motion to accept the motion for

23  summary judgment as timely filed.  Such stipulation may additionally provide for any extensions

24  on the briefing schedule to oppose Plaintiff's motion for summary judgment, to alleviate any

25  prejudice due to the late filing of the Plaintiff's motion.

26  / / /

27  / / /

28  / / /

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.      Within ten (10) days, Defendants shall file an opposition or statement of non-

3            opposition to Plaintiff's motion to accept Plaintiff's motion for summary

4            judgment as timely filed (ECF No. 67); or

5      2.      The parties may alternatively file a stipulation or request a conference as

6            described in this order.

7

8   IT IS SO ORDERED.

9   Dated:    **December 21, 2023**

                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3