1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY, | Case No. 1:21-cv-01287-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| TULARE COUNTY, et al., | (ECF No. 75) |
| Defendants. | |

A scheduling order for this matter was issued on June 24, 2022. (ECF No. 50) The scheduling order has been modified twice: on April 17, 2023 (ECF No. 57) and July 28, 2023 (ECF No. 61). Relevant here, the pretrial conference is set for June 10, 2024 and trial is set for August 13, 2024. (ECF No. 57.)

On March 14, 2024, the parties filed a stipulated motion for a short continuance of the pretrial and trial dates, which this Court construes as a motion to modify the scheduling order. (ECF No. 75.) This is the parties' third request for a modification to the scheduling order. The parties seek to continue the pretrial and trial dates by six months due to the unavailability of counsel for Defendant County of Tulare and a pending motion for summary judgment filed by Defendants on December 15, 2023. (Id. at 2.) The Court finds good cause exists to grant the parties' requested modification.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the scheduling order (ECF No. 75) is GRANTED and the scheduling order is modified as follows:

1.      Pretrial Conference: **December 16, 2024, at 1:30 p.m., in Courtroom 4**; and

2.      Trial: **February 25, 2025, at 8:30 a.m., in Courtroom 4**.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

_____
UNITED STATES MAGISTRATE JUDGE