# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BOUDREAUX, Sheriff, Tulare County Sheriff's Office in his official capacity,<br><br>    Defendant. | Case No. 1:21-cv-01287-KJM-SAB<br><br>ORDER RE EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 112) |

On November 5, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement had been reached with Defendant. (ECF Nos. 110, 111.) On December 1, 2025, the parties filed a stipulated request for an extension of time to file dispositional documents within the next twenty (20) days. (ECF No. 112.)

Accordingly, pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the parties shall file dispositional documents **no later than December 21, 2025**. Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge