# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BOUDREAUX, Sherrif, Tulare County Sheriff's Office in his official capacity,<br><br>    Defendant. | Case No. 1:21-cv-01287-KJM-SAB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 113)<br><br>**DECEMBER 29, 2025 DEADLINE** |

      On November 5, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement had been reached with Defendant. (ECF No. 110.) On December 1, 2025, the parties requested to extend time to file dispositional documents within twenty (20) days. (ECF No. 112.) On December 4, 2025, the Court issued an order setting the deadline to file dispositional documents no later than December 21, 2025, with any further request for an extension to be supported by good cause. (ECF No. 113.) The deadline has expired, and the parties have failed to file such documents or otherwise request an extension of time to do so.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of

1

the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than December 29, 2025**, why sanctions should not be issued for the failure to file stipulated dispositional documents by the deadline required by the December 4, 2025, order (ECF No. 113). **The parties are advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not be issued does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **December 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2