# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHWISH CHOUDHRY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BOUDREAUX, Sheriff, Tulare County Sheriff's Office in his official capacity,<br><br>    Defendant. | Case No. 1:21-cv-01287-KJM-SAB<br><br>ORDER RE EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 116) |

Before the Court is the parties' late stipulation to extend the time to file dispositional documents. Dispositional documents were due on December 21, 2025. (ECF No. 113.) On December 22, 2025, the Court issued an order to show cause as neither dispositional documents nor a request for extension was filed by the deadline. (ECF No. 115.) The parties have not responded to order; however, they are advised that a response is due on or before December 29, 2025. (Id.)

The parties represent that they have been actively meeting and conferring in good faith to finalize the settlement but require additional time to complete the process of issuing the settlement check. For good cause shown, IT IS HERBY ORDERED that

/ / /

/ / /

/ / /

/ / /

/ / /

the parties shall file dispositional documents **no later than January 12, 2026.** Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**December 23, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2