# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAWISH CHOUDHRY,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL BOUDREAUX, Sheriff, Tulare County Sheriff's Office in his official capacity,<br><br>        Defendant. | Case No. 1:21-cv-01287-KJM-SAB<br><br>ORDER DISCHARGING DECEMBER 22, 2025 ORDER TO SHOW CAUSE<br><br>(ECF No. 115) |

On December 22, 2025, the Court issued an order requiring the parties to show cause why sanctions should be imposed for failing to file dispositional documents by the Court ordered deadline. (ECF No. 115.) That same day, the parties filed a motion for extension of time to file dispositional documents, which the Court granted. (ECF Nos. 116, 117.) On December 29, 2025, the parties filed a joint response to the order to show cause, explaining that the settlement could not be finalized by the date previously ordered deadline due to unforeseen circumstances. (ECF No. 118.)

Local Rule 160(b) provides that "[t]he Court may, on good cause shown, extend the time for filing the dispositional papers." Although the parties did not request an extension prior to the deadline, the parties sought an extension on the same day the order to show cause was issued. At this time, the Court does not find the imposition of sanctions is warranted.

///

///

///

1

Accordingly, the December 22, 2025 order to show cause (ECF No. 115) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**December 31, 2025**__

STANLEY A. BOONE
United States Magistrate Judge